```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/5/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUDASAIR A. IDDRISU,

                Plaintiff,

    -v-

ALEX AND PAT TRUCKING INC., ET AL.,

                Defendants.

**ORDER**

24-CV-7476 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The parties filed a joint status report on May 2, 2025.  ECF No. 19.  Therein, the parties requested a forty-five day extension to complete fact discovery.  *Id.*  The Court notes that the original deadline to complete fact discovery was April 8, 2025.  ECF No. 11.

    The parties are directed to file a letter motion for an extension of time, consistent with Rule I.F of Judge Ricardo's Individual Rules and Practices for Civil Cases, available at https://nysd.uscourts.gov/hon-henry-j-ricardo.  Specifically, the letter-motion must state: (1) the original date or dates sought to be extended; (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; (4) the reason for the extension, *including why this request was not made before the existing fact discovery deadline expired*; and (5) whether the adversary consents to the extension and, if not, the reason given by the adversary for refusing to consent.  To the extent a request to extend a particular date requires a change in other scheduled dates, the request

1

must list the proposed changes for all such other dates, giving the actual date for each affected deadline.

A further status report is due by **June 2, 2025**.

**SO ORDERED.**

Dated: May 5, 2025
     New York, New York

                                      Henry J. Ricardo
                                      United States Magistrate Judge