```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUDASAIR A. IDDRISU,

                Plaintiff,

-v-

ALEX AND PAT TRUCKING INC., ET AL.,

                Defendants.

**ORDER**

24-CV-7476 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of the parties' joint status report, dated August 28, 2025. ECF No. 30. A further joint status report is due by **September 29, 2025**.

    In the status report, the parties requested a 60-day extension of the expert discovery deadline. That request is granted. All expert discovery is now due by **November 30, 2025**. The parties are reminded that extension requests are to be made by letter motion, pursuant to Rule I.F of the Court's Individual Rules and Practices for Civil Cases.

**SO ORDERED.**

Dated: August 29, 2025
       New York, New York

                                              Henry J. Ricardo
                                              United States Magistrate Judge